# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lynton Ballentine, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00496-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| James B. Nutter & Company<br>Hutchens Law Firm, LP<br>Jonathan Caleb Rogers<br>Surety Insurance Company<br>Shann Rose Schmidt<br>Karen Bumgardner<br>Claire Collins<br>North Carolina Housing Finance Agency<br>Holly Robinson, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2016 Order.

June 1, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court